## THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

JOE T. BLAKLEY,                      )
                                     )
                    Plaintiff,       )
                                     )
          v.                         )     No. CIV-09-243-FHS-SPS
                                     )
MICHAEL J. ASTRUE,                   )
Commissioner Social Security         )
Administration,                      )
                                     )
                    Defendant.       )


### ORDER

On September 15, 2010, the United States Magistrate Judge
for this District filed Findings and Recommendations in this
case. An objection was filed on September 29, 2010. In this
objection, plaintiff makes several arguments regarding the
Findings and Recommendations.  The court has reviewed the
objection.


This Court finds the Findings of the Magistrate Judge
applied the proper standards and documents numerous references to
the record which support the recommendation of the Magistrate
Judge that the Commissioner's decision be **sustained**.


Upon consideration of the entire record and the issues
herein, this Court finds and orders that the Findings and
Recommendations of the United States Magistrate Judge be
**SUSTAINED** and adopted by this Court as this Court's Findings and
Order.

**IT IS SO ORDERED** this 30th day of September, 2010.

Frank H. Seay
United States District Judge